**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Bourbon Street LLC,                                               Case No. 23-30246
d/b/a La Cantina, et al.                                    Chapter 11 - Subchapter V

         Debtors, Jointly Administered.
_____/

Bourbon Street LLC,

         Plaintiff,

         v.                                                       Adv. Proc. No. 23-07012

Byzfunder NY LLC d/b/a Byzfunder,

         Defendant.
_____/

**CLERK'S ENTRY OF DEFAULT**

        Defendant Byzfunder NY LLC d/b/a Byzfunder failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant Byzfunder NY LLC d/b/a Byzfunder is in default.

        Plaintiff may seek the entry of default judgment by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

                                                                   Kay A. Melquist
                                                                   Clerk, U.S. Bankruptcy Court

Date issued: October 27, 2023            By: /s/ Michael Kloberdanz
                                                                  Michael Kloberdanz, Deputy Clerk