United States Bankruptcy Court

District of North Dakota

Bourbon Street LLC,
    Plaintiff

Adv. Proc. No. 23-07012-skh

Byzfunder NY LLC d/b/a Byzfunder,
    Defendant

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 27, 2023 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Byzfunder NY LLC d/b/a Byzfunder, 530 7th Avenue, Suite 505, New York, NY 10018-4890 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Plaintiff Bourbon Street LLC mac@mbvesq.com<br>mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Bourbon Street LLC,                                            Case No. 23-30246
d/b/a La Cantina, et al.                                        Chapter 11 - Subchapter V

      Debtors, Jointly Administered.
_____/

Bourbon Street LLC,

      Plaintiff,

      v.                                                              Adv. Proc. No. 23-07012

Byzfunder NY LLC d/b/a Byzfunder,

      Defendant.
_____/

**CLERK'S ENTRY OF DEFAULT**

    Defendant Byzfunder NY LLC d/b/a Byzfunder failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant Byzfunder NY LLC d/b/a Byzfunder is in default.

    Plaintiff may seek the entry of default judgment by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

                                                            Kay A. Melquist
                                                            Clerk, U.S. Bankruptcy Court

Date issued: October 27, 2023     By:  /s/ Michael Kloberdanz
                                                       Michael Kloberdanz, Deputy Clerk