United States Bankruptcy Court
District of North Dakota

Bourbon Street LLC,
    Plaintiff

Adv. Proc. No. 23-07012-skh

Byzfunder NY LLC d/b/a Byzfunder,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 1
Date Rcvd: Nov 29, 2023     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Byzfunder NY LLC d/b/a Byzfunder, 530 7th Avenue, Suite 505, New York, NY 10018-4890 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Plaintiff Bourbon Street LLC mac@mbvesq.com<br>mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NORTH DAKOTA

QUENTIN N. BURDICK UNITED STATES COURTHOUSE
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932
www.ndb.uscourts.gov

**KAY A. MELQUIST**　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE NUMBER 701-297-7100
　　CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX NUMBER 701-297-7105

November 29, 2023

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

Re:　　Bourbon Street LLC v. Byzfunder NY LLC d/b/a Byzfunder
　　　　Bankruptcy Case No. 23-07012

Dear Mr. VerStandig:

The Court has reviewed the above-noted adversary proceeding. Since there has been no activity in this case, please file a status report indicating a need for this matter to remain open.

Sincerely,

Kay A. Melquist, Clerk
United States Bankruptcy Court

By: /s/ Michael Kloberdanz
　　　Michael Kloberdanz, Deputy Clerk
　　　(701) 297-7109