**DISMISSED, DEFER**

# U.S. Bankruptcy Court
## District of North Dakota (Fargo)
## Adversary Proceeding #: 23-07012

*Assigned to:* Judge Shon Hastings
*Lead BK Case:* 23-30246
*Lead BK Title:* Bourbon Street LLC
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 09/02/23
*Date Dismissed:* 12/20/23

*Nature[s] of Suit:* 13 Recovery of money/property - 548 fraudulent transfer
14 Recovery of money/property - other

### Plaintiff
-----------------------
**Bourbon Street LLC**
1730 13th Avenue N
Grand Forks, ND 58203
Tax ID / EIN: 86-2751435

represented by **Maurice VerStandig**
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102
701-394-3215
Email: mac@mbvesq.com
*LEAD ATTORNEY*

V.

### Defendant
-----------------------
**Byzfunder NY LLC d/b/a Byzfunder**
530 7th Avenue
Suite 505
New York, NY 10018

represented by **Byzfunder NY LLC d/b/a Byzfunder**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 09/02/2023 | 1 (19 pgs; 2 docs) | Adversary case 23-07012. Complaint by Bourbon Street LLC against Byzfunder NY LLC d/b/a Byzfunder. Receipt Number DEFER, Fee Amount $350. Nature of Suits:(13 (Recovery of money/property - 548 fraudulent transfer),14 (Recovery of money/property - other)), (Attachments: # 1 Exhibit A - Agreement) (VerStandig, Maurice) (Entered: 09/02/2023) |
| 09/05/2023 | 2 (1 pg) | Summons Issued on Byzfunder NY LLC d/b/a Byzfunder Date Issued 9/5/2023, Answer Due 10/5/2023 (vck, Court) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/24/2023 | ⬤ | Request to Reissue Summons on Byzfunder NY LLC d/b/a Byzfunder (VerStandig, Maurice) (Entered: 09/24/2023) |
| 09/25/2023 | ⬤ 3 (1 pg) | Summons Reissued on Defendant Byzfunder NY LLC d/b/a Byzfunder. Date Issued 9/25/2023, Answer Due 10/25/2023. (mjk, Court) (Entered: 09/25/2023) |
| 09/27/2023 | ⬤ 4 (1 pg) | Summons Service Executed on Byzfunder NY LLC d/b/a Byzfunder 9/26/2023 (VerStandig, Maurice) (Entered: 09/27/2023) |
| 10/27/2023 | ⬤ 5 (1 pg) | Clerk's Entry of Default (RE: 1 Complaint filed by Plaintiff Bourbon Street LLC). (mjk, Court) (Entered: 10/27/2023) |
| 10/29/2023 | ⬤ 6 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s)5 Clerk's Entry of Default) No. of Notices: 1. Notice Date 10/29/2023. (Admin.) (Entered: 10/29/2023) |
| 11/29/2023 | ⬤ 7 (1 pg) | Correspondence by Court directed to Attorney VerStandig requesting status report. (mjk, Court) (Entered: 11/29/2023) |
| 12/01/2023 | ⬤ 8 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s)7 Correspondence) No. of Notices: 1. Notice Date 12/01/2023. (Admin.) (Entered: 12/01/2023) |
| 12/20/2023 | ⬤ 9 | Order Dismissing Adversary Proceeding. For the reasons stated on the record at the December 20, 2023, hearing, this adversary proceeding is dismissed without prejudice. Ordered by Judge Shon Hastings (Text order only). Signed on 12/20/2023. (mjk, Court) (Entered: 12/20/2023) |