United States Bankruptcy Court
District of North Dakota

Bourbon Street LLC,
    Plaintiff

Adv. Proc. No. 23-07012-skh

Byzfunder NY LLC d/b/a Byzfunder,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 1
Date Rcvd: Dec 20, 2023      Form ID: pdf2some      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

**Recip ID    Recipient Name and Address**
dft    + Byzfunder NY LLC d/b/a Byzfunder, 530 7th Avenue, Suite 505, New York, NY 10018-4890

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

**Name    Email Address**
Maurice VerStandig
     on behalf of Plaintiff Bourbon Street LLC mac@mbvesq.com
     mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 1

North Dakota Live Database     https://ndb-ecf.sso.dcn/cgi-bin/DktRpt.pl?110765489063823-L_1_0-1

**Case 23-07012**    **Doc 11**    **Filed 12/22/23**    **Entered 12/22/23 23:28:38**    **Desc Imaged**
**Certificate of Notice**     **Page 2 of 3**

**DISMISSED, DEFER**

# U.S. Bankruptcy Court
## District of North Dakota (Fargo)
## Adversary Proceeding #: 23-07012

*Assigned to:* Judge Shon Hastings      *Date Filed:* 09/02/23
*Lead BK Case:* 23-30246      *Date Dismissed:* 12/20/23
*Lead BK Title:* Bourbon Street LLC
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:* 13 Recovery of money/property - 548 fraudulent transfer
14 Recovery of money/property - other

### Plaintiff
-----------------------
**Bourbon Street LLC**      represented by **Maurice VerStandig**
1730 13th Avenue N      The Dakota Bankruptcy Firm
Grand Forks, ND 58203      1630 1st Avenue N
Tax ID / EIN: 86-2751435      Suite B PMB 24
     Fargo, ND 58102
     701-394-3215
     Email: mac@mbvesq.com
     *LEAD ATTORNEY*

V.

### Defendant
-----------------------
**Byzfunder NY LLC d/b/a Byzfunder**      represented by **Byzfunder NY LLC d/b/a Byzfunder**
530 7th Avenue
Suite 505      PRO SE
New York, NY 10018

| Filing Date | # | Docket Text |
|---|---|---|
| 09/02/2023 | 1 (19 pgs; 2 docs) | Adversary case 23-07012. Complaint by Bourbon Street LLC against Byzfunder NY LLC d/b/a Byzfunder. Receipt Number DEFER, Fee Amount $350. Nature of Suits:(13 (Recovery of money/property - 548 fraudulent transfer),14 (Recovery of money/property - other)), (Attachments: # 1 Exhibit A - Agreement) (VerStandig, Maurice) (Entered: 09/02/2023) |
| 09/05/2023 | 2 (1 pg) | Summons Issued on Byzfunder NY LLC d/b/a Byzfunder Date Issued 9/5/2023, Answer Due 10/5/2023 (vck, Court) (Entered: 09/05/2023) |

| Date | Doc | Description |
|---|---|---|
| 09/24/2023 |  | Request to Reissue Summons on Byzfunder NY LLC d/b/a Byzfunder (VerStandig, Maurice) (Entered: 09/24/2023) |
| 09/25/2023 | 3 (1 pg) | Summons Reissued on Defendant Byzfunder NY LLC d/b/a Byzfunder. Date Issued 9/25/2023, Answer Due 10/25/2023. (mjk, Court) (Entered: 09/25/2023) |
| 09/27/2023 | 4 (1 pg) | Summons Service Executed on Byzfunder NY LLC d/b/a Byzfunder 9/26/2023 (VerStandig, Maurice) (Entered: 09/27/2023) |
| 10/27/2023 | 5 (1 pg) | Clerk's Entry of Default (RE: 1 Complaint filed by Plaintiff Bourbon Street LLC). (mjk, Court) (Entered: 10/27/2023) |
| 10/29/2023 | 6 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s)5 Clerk's Entry of Default) No. of Notices: 1. Notice Date 10/29/2023. (Admin.) (Entered: 10/29/2023) |
| 11/29/2023 | 7 (1 pg) | Correspondence by Court directed to Attorney VerStandig requesting status report. (mjk, Court) (Entered: 11/29/2023) |
| 12/01/2023 | 8 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s)7 Correspondence) No. of Notices: 1. Notice Date 12/01/2023. (Admin.) (Entered: 12/01/2023) |
| 12/20/2023 | 9 | Order Dismissing Adversary Proceeding. For the reasons stated on the record at the December 20, 2023, hearing, this adversary proceeding is dismissed without prejudice. Ordered by Judge Shon Hastings (Text order only). Signed on 12/20/2023. (mjk, Court) (Entered: 12/20/2023) |